IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES EDWARD PATTERSON,    )
AIS # 168839,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO.  2:13cv217-TMH
    )
ELMORE CORRECTIONAL    )
FACILITY, *et al*.,    )
    )
    Defendants.    )

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 12, 2013, (doc. # 10), that this case be dismissed with prejudice.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED as follows that:

1.    The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2.    The 42 U.S.C. § 1983 complaint against the Defendants be and is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3.    The plaintiff's complaint be and is hereby DISMISSED prior to service of process.

An appropriate judgment will be entered.

DONE this 30th day of September, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE